**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In Re: | Case No.: | 12-40153 |
|---|---|---|
| Scott J. Wood and Nancy R. Wood | Hearing Date: | 4/12/2017 |
| | Chapter: | 13 |
| | Judge: | Kathryn C. Ferguson |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __Kathryn C. Ferguson__, United States Bankruptcy Judge.

**Reason for Hearing:**   Objection to Certification of Default

**Location of Hearing:**   Courtroom No. __2__
United States Bankruptcy Court
402 East State Street
Trenton, NJ 08608

**Date and Time:**   April 12, 2017 @ 9:00 a.m._____, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: March 27, 2017

JEANNE A. NAUGHTON, Clerk

By: Geraldine Holley-Mack
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____March 27_____, 20__17__ this notice was served on the following: Debtor, Debtor's Attorney, Creditor's Attorney, Trustee and US Trustee

JEANNE A. NAUGHTON, Clerk

By: Geraldine Holley-Mack
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 12-40153-KCF
Scott J. Wood                                                         Chapter 13
Nancy R. Wood
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Mar 28, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2017.
db/jdb          +Scott J. Wood,   Nancy R. Wood,   41 Kensington Road,   East Hampton, NJ 08060-4344

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor   Wells Fargo  Bank, N.A. nj.bkecf@fedphe.com
              Brian C. Nicholas    on behalf of Creditor   Bayview Loan Servicing, LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Brian E Caine    on behalf of Creditor   Mt. Holly MUA bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor   Wells Fargo  Bank, N.A.
               bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric  Clayman    on behalf of Joint Debtor Nancy R. Wood jenkins.clayman@verizon.net
              Eric  Clayman    on behalf of Debtor Scott J. Wood jenkins.clayman@verizon.net
              Jane P. Nylund    on behalf of Debtor Scott J. Wood jenkins.clayman@verizon.net
              Jane P. Nylund    on behalf of Joint Debtor Nancy R. Wood jenkins.clayman@verizon.net
              John R. Morton, Jr.    on behalf of Defendant   Santander Consumer USA Inc.
               mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com
              John R. Morton, Jr.    on behalf of Creditor   Santander Consumer USA, Inc.
               mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Jonathan B. Peitz    on behalf of Creditor   State of New Jersey Division of Taxation
               Jonathan.Peitz@dol.lps.state.nj.us
              Joshua I. Goldman    on behalf of Creditor   Bayview Loan Servicing, LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael Frederick Dingerdissen    on behalf of Creditor   Wells Fargo  Bank, N.A.
               nj.bkecf@fedphe.com
              Stephanie F. Ritigstein    on behalf of Plaintiff Nancy R. Wood jenkins.clayman@verizon.net
              Stephanie F. Ritigstein    on behalf of Plaintiff Scott J. Wood jenkins.clayman@verizon.net
              Stephanie F. Ritigstein    on behalf of Joint Debtor Nancy R. Wood jenkins.clayman@verizon.net
              Stephanie F. Ritigstein    on behalf of Debtor Scott J. Wood jenkins.clayman@verizon.net
              Steven K. Eisenberg    on behalf of Creditor   Omat I REO Holdings, LLC bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                                               TOTAL: 21