| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>779877<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for WELLS FARGO BANK, N.A. | **Order Filed on April 13, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>   SCOTT J. WOOD DBA HOLLYWOOD ATLANTIC<br>   ENTERPRISES LLC<br>   NANCY R. WOOD AKA NANCY L. RADA DBA<br>   THE WOOD LAW FIRM LLC<br>   Debtors | Case No.: 12-40153 - KCF<br><br>Hearing Date: _____<br><br>Judge: KATHRYN C. FERGUSON<br><br>Chapter: 13 |

Recommended Local Form:  ☐ Followed  ☒ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 13, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of WELLS FARGO BANK, N.A., under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real Property more fully described as:

> 41 KENSINGTON DRIVE, EAST HAMPTON, NJ 08060 N/K/A 41 KENSINGTON DRIVE, EASTAMPTON, NJ 08060 N/K/A 41 KENSINGTON DRIV, EAST HAMPTON, NJ 08060-4344

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assigns.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 12-40153-KCF
Scott J. Wood                                                         Chapter 13
Nancy R. Wood
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Apr 17, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2017.
db/jdb         +Scott J. Wood,    Nancy R. Wood,    41 Kensington Road,    East Hampton, NJ 08060-4344

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2017 at the address(es) listed below:
     Albert  Russo    docs@russotrustee.com
     Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
     Andrew L. Spivack    on behalf of Creditor    Wells Fargo  Bank, N.A. nj.bkecf@fedphe.com
     Brian C. Nicholas    on behalf of Creditor    Bayview Loan Servicing, LLC bnicholas@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     Brian E Caine     on behalf of Creditor    Mt. Holly MUA bcaine@parkermccay.com,
      BKcourtnotices@parkermccay.com
     Denise E. Carlon    on behalf of Creditor    Wells Fargo  Bank, N.A.
      bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
     Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     Eric  Clayman    on behalf of Joint Debtor Nancy R. Wood jenkins.clayman@verizon.net
     Eric  Clayman    on behalf of Debtor Scott J. Wood jenkins.clayman@verizon.net
     Jane P. Nylund    on behalf of Debtor Scott J. Wood jenkins.clayman@verizon.net
     Jane P. Nylund    on behalf of Joint Debtor Nancy R. Wood jenkins.clayman@verizon.net
     John R. Morton, Jr.    on behalf of Defendant    Santander Consumer USA Inc.
      mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
     John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
      mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
     Jonathan B. Peitz    on behalf of Creditor    State of New Jersey Division of Taxation
      Jonathan.Peitz@dol.lps.state.nj.us
     Joshua I. Goldman    on behalf of Creditor    Bayview Loan Servicing, LLC jgoldman@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     Michael Frederick Dingerdissen    on behalf of Creditor    Wells Fargo  Bank, N.A.
      nj.bkecf@fedphe.com
     Stephanie F. Ritigstein     on behalf of Plaintiff Nancy R. Wood jenkins.clayman@verizon.net
     Stephanie F. Ritigstein     on behalf of Plaintiff Scott J. Wood jenkins.clayman@verizon.net
     Stephanie F. Ritigstein     on behalf of Joint Debtor Nancy R. Wood jenkins.clayman@verizon.net
     Stephanie F. Ritigstein     on behalf of Debtor Scott J. Wood jenkins.clayman@verizon.net
     Steven K. Eisenberg    on behalf of Creditor    Omat I REO Holdings, LLC bkecf@sterneisenberg.com,
      jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                            TOTAL: 21