UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

HILL WALLACK LLP
Elizabeth K. Holdren, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Fax: 609-452-1888

Order Filed on July 5, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SCOTT J. WOOD dba HOLLYWOOD ATLANTIC ENTERPRISES, LLC and NANCY R. WOOD aka NANCY L. RADA dba THE WOOD LAW FIRM

| | |
|---|---|
| Case No.: | 12-40153 |
| Judge: | KCF |
| Hearing Date(s): | June 14, 2017 |
| Chapter: | 13 |

Recommended Local Form    ☐ Followed    ☒ Modified

## ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: July 5, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Fox Hill Condominium Association, Inc. |
| Applicant's Counsel: | Elizabeth K. Holdren, Esq. |
| Debtor's Counsel: | Eric Clayman, Esq. |
| Property Involved ("Collateral"): | 7 Black Pine Lane, Brielle, New Jersey |

Relief sought:   ☒   Motion for relief from the automatic stay

☐   Motion to dismiss

☐   Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒   The Debtor is overdue for _____ months, from _____ to _____.
    Monthly Maintenance Fees in the amount of $45.00 less $0.13 Account Balance = $44.87.

    ☐   The Debtor is overdue for _____ payments at $_____ per month.
    X    The Debtors are overdue for a late fee on the 2017 Special Assessment in the amount of $25.00

    ☐   The Debtor is assessed for _____ late charges at $_____ per month.
    X    The Debtors are overdue for 2016 Special Assessment in the amount of $369.00.
    X    The Debtors are overdue for Capital Replacement Painting Project in amount of $2,293.34.
    X    The Debtors are overdue for Painting of Wooden Balcony in the amount of 240.75.
    X    The Debtors are overdue for a 2017 Special Assessment in the amount of $389.00
    ☒   Applicant acknowledges receipt of funds in the amount of $____15.00____ received after the motion was filed.

    Total Arrearages Due  $_____3,361.96_____.

2. Debtor must cure all post-petition arrearages, as follows:

    ☐   Immediate payment shall be made in the amount of $_____.  Payment shall be made no later than _____. Payment shall be in certified funds, bank check or cashier's check.

    ☒   Beginning on _____July 1, 2017_____, regular monthly maintenance fees shall continue to be made in the amount of $__390.00__.

    ☒   Beginning on _____July 1, 2017_____, additional monthly cure payments shall be made in the amount of $__300.00__        until arrears of $3,361.96 paid in full.

2

 ☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan.  The debtor's monthly payment to the Chapter 13 Trustee is modified to be $_____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

 ☐ Immediate payment: _____

        _____

        _____

 ☒ Regular monthly payment: Fox Hill Condominium Association
        c/o Pinnacle Real Estate Property Management
        P.O. Box 1082

        Point Pleasant Beach, NJ 08742

 ☒ Monthly cure payment: Fox Hill Condominium Association
        c/o Pinnacle Real Estate Propety Management
        P.O. Box 1082

        Point Pleasant Beach, NJ 08742

4. In the event of Default:

 ☒ If the Debtor fails to make the immediate payment specified above when due or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order.  At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

 ☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5.     Award of Attorneys' Fees:

    ☒    The Applicant is awarded attorneys fees of $_____350_____, and costs of $_____181_____.

        The fees and costs are payable:

           ☒    through the Chapter 13 plan.

           ☐    to the Secured Creditor within _____ days.

     ☐    Attorneys' fees are not awarded.

*rev.8/1/15*