| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor |
| In Re:<br><br>Scott and Nancy Wood<br>Debtor |

Order Filed on July 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:   12-40153

Chapter:   13

Judge:   KCF

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: July 6, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised it is:

ORDERED that _____Jenkins & Clayman_____, the applicant is allowed a fee of $__800.00_____ for services rendered and expenses in the amount of $__16.20_____ for a total of $___816.20_____.  The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____n/a_____ per month for _____n/a_____ months to allow for payment of the foresaid fee.

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                        Case No. 12-40153-KCF
   Scott J. Wood                                              Chapter 13
   Nancy R. Wood
            Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin               Page 1 of 1          Date Rcvd: Jul 06, 2017
                              Form ID: pdf903           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2017.
db/jdb         +Scott J. Wood,   Nancy R. Wood,   41 Kensington Road,   East Hampton, NJ 08060-4344

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

```
            ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2017 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    Wells Fargo Bank, N.A. nj.bkecf@fedphe.com
              Brian C. Nicholas    on behalf of Creditor    Bayview Loan Servicing, LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Brian E Caine    on behalf of Creditor    Mt. Holly MUA bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A.
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    Fox Hill Condominium Association, Inc.
               eak@hillwallack.com,    fkm@hillwallack.com;jhanley@hillwallack.com
              Eric    Clayman    on behalf of Joint Debtor Nancy R. Wood jenkins.clayman@verizon.net
              Eric    Clayman    on behalf of Debtor Scott J. Wood jenkins.clayman@verizon.net
              Jane P. Nylund    on behalf of Debtor Scott J. Wood jenkins.clayman@verizon.net
              Jane P. Nylund    on behalf of Joint Debtor Nancy R. Wood jenkins.clayman@verizon.net
              John R. Morton, Jr.    on behalf of Defendant    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
              Jonathan B. Peitz    on behalf of Creditor    State of New Jersey Division of Taxation
               Jonathan.Peitz@dol.lps.state.nj.us
              Joshua I. Goldman    on behalf of Creditor    Bayview Loan Servicing, LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael Frederick Dingerdissen    on behalf of Creditor    Wells Fargo Bank, N.A.
               nj.bkecf@fedphe.com
              Stephanie F. Ritigstein    on behalf of Plaintiff Nancy R. Wood jenkins.clayman@verizon.net
              Stephanie F. Ritigstein    on behalf of Plaintiff Scott J. Wood jenkins.clayman@verizon.net
              Stephanie F. Ritigstein    on behalf of Joint Debtor Nancy R. Wood jenkins.clayman@verizon.net
              Stephanie F. Ritigstein    on behalf of Debtor Scott J. Wood jenkins.clayman@verizon.net
              Steven K. Eisenberg    on behalf of Creditor    Omat I REO Holdings, LLC bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                                               TOTAL: 22