| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>HILL WALLACK LLP<br>Elizabeth K. Holdren, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Fax: 609-452-1888 | **Order Filed on July 5, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |

| | | |
|---|---|---|
| In Re:<br><br>SCOTT J. WOOD dba HOLLYWOOD ATLANTIC ENTERPRISES, LLC and NANCY R. WOOD aka NANCY L. RADA dba THE WOOD LAW FIRM | Case No.: | 12-40153 |
| | Judge: | KCF |
| | Hearing Date(s): | June 14, 2017 |
| | Chapter: | 13 |

Recommended Local Form    ☐ Followed    ☒ Modified

## ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: July 5, 2017**

*Honorable Kathryn C. Ferguson*
*United States Bankruptcy Judge*

| | |
|---|---|
| Applicant: | Fox Hill Condominium Association, Inc. |
| Applicant's Counsel: | Elizabeth K. Holdren, Esq. |
| Debtor's Counsel: | Eric Clayman, Esq. |
| Property Involved ("Collateral"): | 7 Black Pine Lane, Brielle, New Jersey |

Relief sought:  ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒ The Debtor is overdue for _____ months, from _____ to _____.
    Monthly Maintenance Fees in the amount of $45.00 less $0.13 Account Balance = $44.87.

    ☐ The Debtor is overdue for _____ payments at $_____ per month.

    X  The Debtors are overdue for a late fee on the 2017 Special Assessment in the amount of $25.00

    ☐ The Debtor is assessed for _____ late charges at $_____ per month.
    X  The Debtors are overdue for 2016 Special Assessment in the amount of $369.00.
    X  The Debtors are overdue for Capital Replacement Painting Project in amount of $2,293.34.
    X  The Debtors are overdue for Painting of Wooden Balcony in the amount of 240.75.
    X  The Debtors are overdue for a 2017 Special Assessment in the amount of $389.00
    ☒ Applicant acknowledges receipt of funds in the amount of $ ___15.00___ received after the motion was filed.

    Total Arrearages Due  $_____3,361.96_____.

2. Debtor must cure all post-petition arrearages, as follows:

    ☐ Immediate payment shall be made in the amount of $_____. Payment shall be made no later than _____. Payment shall be in certified funds, bank check or cashier's check.

    ☒ Beginning on ___July 1, 2017___, regular monthly maintenance fees shall continue to be made in the amount of $__390.00__.

    ☒ Beginning on ___July 1, 2017___, additional monthly cure payments shall be made in the amount of $__300.00__ until arrears of $3,361.96 paid in full.

2

☐    The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan.  The debtor's monthly payment to the Chapter 13 Trustee is modified to be $ _____ per month.

3.    Payments to the Secured Creditor shall be made to the following address(es):

☐    Immediate payment:     _____

☒    Regular monthly payment:     Fox Hill Condominium Association
    c/o Pinnacle Real Estate Property Management
    P.O. Box 1082

    Point Pleasant Beach, NJ 08742

☒    Monthly cure payment:     Fox Hill Condominium Association
    c/o Pinnacle Real Estate Propety Management
    P.O. Box 1082

    Point Pleasant Beach, NJ 08742

4.    In the event of Default:

☒    If the Debtor fails to make the immediate payment specified above when due or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order.  At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐    If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

   ☒ The Applicant is awarded attorneys fees of $_____350_____, and costs of $_____181_____.

   The fees and costs are payable:

   ☒ through the Chapter 13 plan.

   ☐ to the Secured Creditor within _____ days.

   ☐ Attorneys' fees are not awarded.

*rev.8/1/15*

4

United States Bankruptcy Court
District of New Jersey

In re:
Scott J. Wood
Nancy R. Wood
    Debtors

Case No. 12-40153-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 06, 2017
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2017.
db/jdb         +Scott J. Wood,    Nancy R. Wood,    41 Kensington Road,    East Hampton, NJ 08060-4344

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2017 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    Wells Fargo Bank, N.A. nj.bkecf@fedphe.com
          Brian C. Nicholas    on behalf of Creditor    Bayview Loan Servicing, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          Brian E Caine    on behalf of Creditor    Mt. Holly MUA bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
          Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A. bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Elizabeth K. Holdren    on behalf of Creditor    Fox Hill Condominium Association, Inc. eak@hillwallack.com, fkm@hillwallack.com;jhanley@hillwallack.com
          Eric    Clayman    on behalf of Joint Debtor Nancy R. Wood jenkins.clayman@verizon.net
          Eric    Clayman    on behalf of Debtor Scott J. Wood jenkins.clayman@verizon.net
          Jane P. Nylund    on behalf of Debtor Scott J. Wood jenkins.clayman@verizon.net
          Jane P. Nylund    on behalf of Joint Debtor Nancy R. Wood jenkins.clayman@verizon.net
          John R. Morton, Jr.    on behalf of Defendant    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
          John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
          Jonathan B. Peitz    on behalf of Creditor    State of New Jersey Division of Taxation Jonathan.Peitz@dol.lps.state.nj.us
          Joshua I. Goldman    on behalf of Creditor    Bayview Loan Servicing, LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
          Michael Frederick Dingerdissen    on behalf of Creditor    Wells Fargo Bank, N.A. nj.bkecf@fedphe.com
          Stephanie F. Ritigstein    on behalf of Plaintiff Nancy R. Wood jenkins.clayman@verizon.net
          Stephanie F. Ritigstein    on behalf of Plaintiff Scott J. Wood jenkins.clayman@verizon.net
          Stephanie F. Ritigstein    on behalf of Joint Debtor Nancy R. Wood jenkins.clayman@verizon.net
          Stephanie F. Ritigstein    on behalf of Debtor Scott J. Wood jenkins.clayman@verizon.net
          Steven K. Eisenberg    on behalf of Creditor    Omat I REO Holdings, LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                                                                          TOTAL: 22