**Order Filed on November 16, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**JENKINS & CLAYMAN**
Stephanie F. Ritigstein, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorneys for the Debtor

In Re:

Scott and Nancy Wood
Debtor

Case No:   12-40153

Chapter:      13

Judge:     KCF

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: November 16, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services

has been rendered, and no objections having been raised it is:

ORDERED that _____Jenkins & Clayman_____, the applicant is allowed a

fee of $___300.00_____ for services rendered and expenses in the amount of

$___10.85_____ for a total of $____310.85_____.  The allowance shall be payable:

☒      through the Chapter 13 plan as an administrative priority.

☐      outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per

month for _____n/a_____ months to allow for payment of the foresaid fee.