Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 12–40153–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Scott J. Wood
dba Hollywood Atlantic Enterprises LLC
41 Kensington Road
East Hampton, NJ 08060

Nancy R. Wood
aka Nancy L. Rada, dba The Wood Law
Firm LLC
41 Kensington Road
East Hampton, NJ 08060

Social Security No.:
xxx–xx–8150                                                       xxx–xx–1393

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on January 11, 2018.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 11, 2018
JAN: bwj

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                           Case No. 12-40153-KCF
Scott J. Wood                                                    Chapter 13
Nancy R. Wood
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 3         Date Rcvd: Jan 11, 2018
                              Form ID: 148                Total Noticed: 63


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2018.
db/jdb         +Scott J. Wood,    Nancy R. Wood,    41 Kensington Road,    East Hampton, NJ 08060-4344
aty            +Bridget K. Dorney,    Ansell Grimm & Aaron, PC,    1500 Lawrence Avenue,    Ocean, NJ 07712-7629
cr             +Fox Hill Condominium Association, Inc c/o Regency,     35 Clyde Road,   Suite 102,
                 Somerset, NJ 08873-5033
cr             +Omat I REO Holdings, LLC,    c/o Stern & Eisenberg, P.C.,    1040 N. Kings Highway, Suite 407,
                 Cherry Hill, NJ 08034-1925
513666844      +Alexander F. Barth, Esquire,    30 S. 17th Street, 19th Floor,    Philadelphia, PA 19103-4010
515867422       Bayview Loan Servicing, LLC,    P.O. BOX 1288,   Buffalo, NY 14240-1288
513586602      +Chase,   c/o Shapiro & Perez LLP,    14000 Commerce Okwy,    Mount Laurel, NJ 08054-2242
513586601      +Chase,   c/o Shapiro & Perez LLP,    14000 Commerce Pkwy,    Mount Laurel, NJ 08054-2242
513586603      +Citibank,    c/o Eichenbaum & Stylianou LLC,    10 Forest Ave,    PO Box 914,
                 Paramus, NJ 07653-0914
513586604      +Disciplanary Oversight Committe,    PO Box 970,   Trenton, NJ 08625-0970
513586606      +Doris Underwood,    1619 Route 206,    Tabernacle, NJ 08088-8837
513586607      +Eastampton Township,    Tax Office,   12 Manor House Court,    Eastampton, NJ 08060-4379
513586608      +Fidelity National Credit Services,    2421 North Glassell Street,    PO Box 3051,
                 Orange, CA 92857-0051
513586609      +Fox Hill Condo Assoc.,    1 Black Pine Lane,   Brielle, NJ 08730-1147
513601023      +Fox Hill Condominium Association, Inc.,     c/o Sage 1, LLC,    560 Main Street,
                 Allenhurst NJ 07711-1231
513586610      +Foxhill Condo Assn,    c/o Sage 1 LLC,    560 Main Street Unit 2G,   Allenhurst, NJ 07711-1232
513586611       Foxhill Condo Assoc,    Sage One,   Neptune, NJ
513902711      +JPMorgan Chase Bank, National Association,    c/o Zucker Goldberg & Ackerman,
                 200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
513586615       LabCorp,    PO Box 2240,   Burlington, NC 27216-2240
513586616      +Larchmont Imaging Associates,    c/o Apex Asset Managmetn,    1891 Santa Barbara Drive  Ste 204,
                 Lancaster, PA 17601-4106
513586617      +Lea Vellucci,    28 Parry Drive,   Hainesport, NJ 08036-4886
513586618       Linebarger Goggan,    PO Box 01-1861,    Miami, FL 33101-1861
513586621       MCR Receivables,    5775 Roscoe Court,   San Diego, CA 92123-1356
513586623      +Mt Holly Tax Collector,    23 Washington Street,   Mount Holly, NJ 08060-1734
513586624      +Philadelphia Parking Authority,    909 Filbert Street,   Philadelphia, PA 19107-3117
513797416      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,     Division of Taxation,    PO Box 245,
                 Trenton, NJ 08695-0245)
513586628       St Clare’s Hospital,    PO Box 35577,   Newark, NJ 07193-5577
513586629       State of New Jersey,    Division of Taxation,   PO Box 445,    Trenton, NJ 08695-0445
513586630      +Steve Simmons,    22 Wembley Drive,   Mount Laurel, NJ 08054-3117
513586631       Tiburan Financial,    c/o JP Chase,   PO Box 770,   Boys Town, NE 68010-0770
513586633       US Department of Education,    PO Box 530260,   Atlanta, GA 30353-0260
513586635      +Virtua Health,    5 Eves Drive,   Suite 200,   Marlton, NJ 08053-3135
513818393      +Wells Fargo Bank, N.A.,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
513586636       Wells Fargo Home Mortgage,    c/o Zucker goldberg & Ackerman LLC,
                 200 Sheffield Street   STe 101,   PO Box 1024,   Mountainside, NJ 07092-0024
513586637       Yellow Book NJ,    PO Box 579,   Newark, NJ 07101-0579

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2018 23:19:06      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2018 23:19:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: DRIV.COM Jan 11 2018 22:53:00      Santander Consumer USA, Inc.,
                 P.O. Box 562088, Suite 900-North,    Dallas, TX  75247,    UNITED STATES 75356-2088
515963233       EDI: GMACFS.COM Jan 11 2018 22:53:00      Ally Financial f/k/a GMAC,    PO Box 130424,
                 Roseville MN 55113-0004
515867421      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 11 2018 23:19:34
                 Bayview Loan Servicing, LLC,    4425 Ponce DeLeon Blvd.,    Coral Gables, FL 33146-1837
513586598       EDI: VERIZONWIRE.COM Jan 11 2018 22:53:00      Bell Atlantic Mobile,    PO Box 41556,
                 Philadelphia, PA 19101-1556
513586597       EDI: CITICORP.COM Jan 11 2018 22:53:00      AT&T,   PO Box 183051,    Columbus, OH 43218-3051
513586599      +EDI: CAPITALONE.COM Jan 11 2018 22:53:00      Capital One,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
513586600       EDI: CAPITALONE.COM Jan 11 2018 22:53:00      Capital One Bank,    PO Box 70884,
                 Charlotte, NC 28272-0884
513592529      +E-mail/Text: bankruptcy@cavps.com Jan 11 2018 23:19:24      Cavalry Portfolio Services,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
513586605       EDI: DISCOVER.COM Jan 11 2018 22:53:00      Discover,    PO box 15316,    Wilmington, DE 19850
513594655       EDI: DISCOVER.COM Jan 11 2018 22:53:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,   New Albany, OH  43054-3025
```

```
District/off: 0312-3          User: admin              Page 2 of 3                  Date Rcvd: Jan 11, 2018
                              Form ID: 148             Total Noticed: 63

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513586607      +E-mail/Text: dlavacca@eastampton.com Jan 11 2018 23:20:04     Eastampton Township,    Tax Office,
                12 Manor House Court,    Eastampton, NJ 08060-4379
513586612      +EDI: GMACFS.COM Jan 11 2018 22:53:00      GMAC,    PO Box 380901,    Bloomington, MN 55438-0901
513586613       EDI: IRS.COM Jan 11 2018 22:53:00      IRS,    PO Box 7346,   Philadelphia, PA 19101-7346
513586614       EDI: CHASE.COM Jan 11 2018 22:53:00      JP Morgan Chase,    900 US Highway 9 North,    Suite 401,
                Woodbridge, NJ 07095-1003
513586619       EDI: TSYS2.COM Jan 11 2018 22:53:00      Macy's,    PO Box 4560,    Carol Stream, IL 60197-4560
513586620       EDI: TSYS2.COM Jan 11 2018 22:53:00      Macys,    PO box 8218,    Mason, OH 45040-8218
513586622      +E-mail/Text: maureen@MHMUA.COM Jan 11 2018 23:20:08      Mt Holly MUA,    29-37 Washington Street,
                PO box 486,   Mount Holly, NJ 08060-0486
513603122      +EDI: OPHSUBSID.COM Jan 11 2018 22:53:00      OAK HARBOR CAPITAL VI, LLC,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513720149      +E-mail/Text: bankruptcynotice@franklincredit.com Jan 11 2018 23:18:40
                Quarry Mortgage Trust I,    Franklin Credit Management Corporation,
                101 Hudson Street, 25th Floor,    Jersey City, NJ 07302-3984
513586625      +EDI: CCS.COM Jan 11 2018 22:53:00      Quest Diagnostics,    c/o Credit Collection Service,
                pO Box 9136,   Needham, MA 02494-9136
513586626       EDI: RMCB.COM Jan 11 2018 22:53:00      Quest Diagnostics,    c/o AMCA,    PO Box 1235,
                Elmsford, NY 10523-0935
513586627      +EDI: IIC9.COM Jan 11 2018 22:53:00      S Jersey Emergency Physicians,    c/o IC Systems,
                PO box 64378,   Saint Paul, MN 55164-0378
513635893      +EDI: DRIV.COM Jan 11 2018 22:53:00      Santander Consumer USA,    8585 N Stemmons FW,
                Suite 1100N,    Dallas TX 75247-3822
513613786      +EDI: DRIV.COM Jan 11 2018 22:53:00      Santander Consumer USA,    P.O. BOX 560284,
                Dallas, TX 75356-0284
513586632       EDI: USBANKARS.COM Jan 11 2018 22:53:00      US Bank,    425 Walnut Street,
                Cincinnati, OH 45202-3923
514005941       EDI: ECMC.COM Jan 11 2018 22:53:00      US Department of Education,    P O Box 16448,
                St Paul, MN 55116-0448
513586634      +EDI: VERIZONCOMB.COM Jan 11 2018 22:53:00      Verizon,    c/o AFNI,    PO Box 3097,
                Bloomington, IL 61702-3097
                                                                                               TOTAL: 29

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr                JPMorgan Chase Bank, National Association
cr                Wells Fargo Bank, N.A.
513666846*       +Alexander F. Barth, Esquire,    30 S. 17th Street, 19th Floor,    Philadelphia, PA 19103-4010
513635892       ##Ocwen,    PO Box 6440,   Carol Stream IL 60197-6440
                                                                                   TOTALS: 3, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    Wells Fargo  Bank, N.A. nj.bkecf@fedphe.com
              Brian C. Nicholas    on behalf of Creditor    Bayview Loan Servicing, LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin                Page 3 of 3           Date Rcvd: Jan 11, 2018
                              Form ID: 148               Total Noticed: 63
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Brian E Caine    on behalf of Creditor    Mt. Holly MUA bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
          Denise E. Carlon    on behalf of Creditor    Wells Fargo  Bank, N.A. bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Elizabeth K. Holdren    on behalf of Creditor    Fox Hill Condominium Association, Inc. eak@hillwallack.com, fkm@hillwallack.com;jhanley@hillwallack.com
          Eric  Clayman    on behalf of Debtor Scott J. Wood jenkins.clayman@verizon.net
          Eric  Clayman    on behalf of Joint Debtor Nancy R. Wood jenkins.clayman@verizon.net
          Jane P. Nylund    on behalf of Debtor Scott J. Wood jenkins.clayman@verizon.net
          Jane P. Nylund    on behalf of Joint Debtor Nancy R. Wood jenkins.clayman@verizon.net
          John R. Morton, Jr.    on behalf of Defendant    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Jonathan B. Peitz    on behalf of Creditor    State of New Jersey Division of Taxation Jonathan.Peitz@dol.lps.state.nj.us
          Joshua I. Goldman    on behalf of Creditor    Bayview Loan Servicing, LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
          Michael Frederick Dingerdissen    on behalf of Creditor    Wells Fargo  Bank, N.A. nj.bkecf@fedphe.com
          Stephanie F. Ritigstein    on behalf of Debtor Scott J. Wood jenkins.clayman@verizon.net
          Stephanie F. Ritigstein    on behalf of Plaintiff Nancy R. Wood jenkins.clayman@verizon.net
          Stephanie F. Ritigstein    on behalf of Plaintiff Scott J. Wood jenkins.clayman@verizon.net
          Stephanie F. Ritigstein    on behalf of Joint Debtor Nancy R. Wood jenkins.clayman@verizon.net
          Steven K. Eisenberg    on behalf of Creditor    Omat I REO Holdings, LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

                                                                                                        TOTAL: 22