| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Albert Russo<br>CN 4853<br>Trenton, NJ 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |
| In re:<br><br>Scott J Wood<br>Nancy R Wood<br><br><br><br><br>Debtor(s) |

Order Filed on January 11, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 12-40153 / KCF

Chapter 13

Hearing Date: 1/10/18 at 9:00 AM

Judge: Kathryn C. Ferguson

## CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 11, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

*rev. 5/8/2017*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 12-40153-KCF
Scott J. Wood                                                       Chapter 13
Nancy R. Wood
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1              Date Rcvd: Jan 11, 2018
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2018.
db/jdb         +Scott J. Wood,    Nancy R. Wood,    41 Kensington Road,    East Hampton, NJ 08060-4344

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2018                                          Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor     Wells Fargo  Bank, N.A. nj.bkecf@fedphe.com
              Brian C. Nicholas    on behalf of Creditor     Bayview Loan Servicing, LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Brian E Caine     on behalf of Creditor     Mt. Holly MUA bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor     Wells Fargo  Bank, N.A.
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor     Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    Fox Hill Condominium Association, Inc.
               eak@hillwallack.com,    fkm@hillwallack.com;jhanley@hillwallack.com
              Eric   Clayman    on behalf of Joint Debtor Nancy R. Wood jenkins.clayman@verizon.net
              Eric   Clayman    on behalf of Debtor Scott J. Wood jenkins.clayman@verizon.net
              Jane P. Nylund    on behalf of Debtor Scott J. Wood jenkins.clayman@verizon.net
              Jane P. Nylund    on behalf of Joint Debtor Nancy R. Wood jenkins.clayman@verizon.net
              John R. Morton, Jr.    on behalf of Defendant     Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor     Santander Consumer USA, Inc.
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Jonathan B. Peitz    on behalf of Creditor     State of New Jersey Division of Taxation
               Jonathan.Peitz@dol.lps.state.nj.us
              Joshua I. Goldman    on behalf of Creditor     Bayview Loan Servicing, LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael Frederick Dingerdissen    on behalf of Creditor     Wells Fargo  Bank, N.A.
               nj.bkecf@fedphe.com
              Stephanie F. Ritigstein    on behalf of Plaintiff Nancy R. Wood jenkins.clayman@verizon.net
              Stephanie F. Ritigstein    on behalf of Plaintiff Scott J. Wood jenkins.clayman@verizon.net
              Stephanie F. Ritigstein    on behalf of Joint Debtor Nancy R. Wood jenkins.clayman@verizon.net
              Stephanie F. Ritigstein    on behalf of Debtor Scott J. Wood jenkins.clayman@verizon.net
              Steven K. Eisenberg    on behalf of Creditor    Omat I REO Holdings, LLC bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                                                TOTAL: 22