UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on March 1, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Scott J. Wood

| | |
|---|---|
| Case No.: | 12-40153-KCF |
| Chapter: | 13 |
| Judge: | Kathryn C. Ferguson |

## ORDER REINSTATING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 1, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having come before the Court by the debtor's Motion to Reinstate Case; and the court having considered any objections filed; and for good cause shown; it is

ORDERED the case is reinstated effective as of the date of this order. The order dismissing this case dated _____1/11/18_____, remains in effect through the date of entry of this Order and its service as provided herein. No actions taken by third parties during the period this case was dismissed are or were subject to the automatic stay or other provisions of the Bankruptcy Code.

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1. until the original deadline fixed by the Court to file a complaint to challenge dischargeability of certain debts, or sixty (60) days from the date of this Order, whichever is later;

2. until the original deadline fixed by the Court to file a proof of claim or required supplement, or sixty (60) days from the date of this Order, whichever is later; and

3. until the original deadline fixed by the Court to object to exemptions, or thirty (30) days from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the meeting of creditors has not been concluded, the debtor shall contact the case trustee to reschedule it.

IT IS FURTHER ORDERED that if this is a chapter 13 case, and the debtor's Plan has not been confirmed, the confirmation hearing is rescheduled for _____ at _____.

IT IS FURTHER ORDERED that the Debtor shall, within three (3) days of the date of this Order, serve **ALL** creditors and other parties in interest with a copy of this Order and immediately thereafter, file a certification of service evidencing compliance herewith. This Order shall be effective as to such parties only upon service in accordance with this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 12-40153-KCF
Scott J. Wood                                                       Chapter 13
Nancy R. Wood
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1              Date Rcvd: Mar 02, 2018
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2018.
db/jdb         +Scott J. Wood,   Nancy R. Wood,   41 Kensington Road,   East Hampton, NJ 08060-4344

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2018 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
      Andrew L. Spivack    on behalf of Creditor    Wells Fargo  Bank, N.A. nj.bkecf@fedphe.com
      Brian C. Nicholas    on behalf of Creditor    Bayview Loan Servicing, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      Brian E Caine    on behalf of Creditor    Mt. Holly MUA bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
      Denise E. Carlon    on behalf of Creditor    Wells Fargo  Bank, N.A. bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Elizabeth K. Holdren    on behalf of Creditor    Fox Hill Condominium Association, Inc. eak@hillwallack.com, jhanley@hillwallack.com
      Eric   Clayman    on behalf of Joint Debtor Nancy R. Wood jenkins.clayman@verizon.net
      Eric   Clayman    on behalf of Debtor Scott J. Wood jenkins.clayman@verizon.net
      Jane P. Nylund    on behalf of Debtor Scott J. Wood jenkins.clayman@verizon.net
      Jane P. Nylund    on behalf of Joint Debtor Nancy R. Wood jenkins.clayman@verizon.net
      Jeffrey E. Jenkins     on behalf of Debtor Scott J. Wood jenkins.clayman@verizon.net, jenkins.clayman@verizon.net
      Jeffrey E. Jenkins     on behalf of Joint Debtor Nancy R. Wood jenkins.clayman@verizon.net, jenkins.clayman@verizon.net
      John R. Morton, Jr.     on behalf of Defendant    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
      John R. Morton, Jr.     on behalf of Creditor    Santander Consumer USA, Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
      Jonathan B. Peitz    on behalf of Creditor    State of New Jersey Division of Taxation Jonathan.Peitz@dol.lps.state.nj.us
      Joshua I. Goldman    on behalf of Creditor    Bayview Loan Servicing, LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
      Michael Frederick Dingerdissen    on behalf of Creditor    Wells Fargo  Bank, N.A. nj.bkecf@fedphe.com
      Stephanie F. Ritigstein     on behalf of Plaintiff Nancy R. Wood jenkins.clayman@verizon.net
      Stephanie F. Ritigstein     on behalf of Plaintiff Scott J. Wood jenkins.clayman@verizon.net
      Stephanie F. Ritigstein     on behalf of Joint Debtor Nancy R. Wood jenkins.clayman@verizon.net
      Stephanie F. Ritigstein     on behalf of Debtor Scott J. Wood jenkins.clayman@verizon.net
      Steven K. Eisenberg    on behalf of Creditor    Omat I REO Holdings, LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                                                                     TOTAL: 24