**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Scott J. Wood | Social Security number or ITIN   xxx–xx–8150 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Nancy R. Wood | Social Security number or ITIN   xxx–xx–1393 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   12–40153–KCF

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Scott J. Wood
dba Hollywood Atlantic Enterprises LLC

Nancy R. Wood
aka Nancy L. Rada, dba The Wood Law Firm
LLC

6/20/18

**By the court:** Kathryn C. Ferguson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 12-40153-KCF
Scott J. Wood                                                       Chapter 13
Nancy R. Wood
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin              Page 1 of 3              Date Rcvd: Jun 20, 2018
                                 Form ID: 3180W           Total Noticed: 63


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2018.
```
db/jdb      +Scott J. Wood,   Nancy R. Wood,   41 Kensington Road,   East Hampton, NJ 08060-4344
aty         +Bridget K. Dorney,   Ansell Grimm & Aaron, PC,   1500 Lawrence Avenue,   Ocean, NJ 07712-7629
cr          +Fox Hill Condominium Association, Inc c/o Regency,   35 Clyde Road,   Suite 102,
              Somerset, NJ 08873-5033
cr          +Omat I REO Holdings, LLC,   c/o Stern & Eisenberg, P.C.,   1040 N. Kings Highway, Suite 407,
              Cherry Hill, NJ 08034-1925
513666844   +Alexander F. Barth, Esquire,   30 S. 17th Street, 19th Floor,   Philadelphia, PA 19103-4010
515867422    Bayview Loan Servicing, LLC,   P.O. BOX 1288,   Buffalo, NY 14240-1288
513586602   +Chase,   c/o Shapiro & Perez LLP,   14000 Commerce Okwy,   Mount Laurel, NJ 08054-2242
513586601   +Chase,   c/o Shapiro & Perez LLP,   14000 Commerce Pkwy,   Mount Laurel, NJ 08054-2242
513586603   +Citibank,   c/o Eichenbaum & Stylianou LLC,   10 Forest Ave,   PO Box 914,
              Paramus, NJ 07653-0914
513586604   +Disciplanary Oversight Committe,   PO Box 970,   Trenton, NJ 08625-0970
513586606   +Doris Underwood,   1619 Route 206,   Tabernacle, NJ 08088-8837
513586608   +Fidelity National Credit Services,   2421 North Glassell Street,   PO Box 3051,
              Orange, CA 92857-0051
513586609   +Fox Hill Condo Assoc.,   1 Black Pine Lane,   Brielle, NJ 08730-1147
513601023   +Fox Hill Condominium Association, Inc.,   c/o Sage 1, LLC,   560 Main Street,
              Allenhurst NJ 07711-1231
513586610   +Foxhill Condo Assn,   c/o Sage 1 LLC,   560 Main Street Unit 2G,   Allenhurst, NJ 07711-1232
513586611    Foxhill Condo Assoc,   Sage One,   Neptune, NJ
513902711   +JPMorgan Chase Bank, National Association,   c/o Zucker Goldberg & Ackerman,
              200 Sheffied Street, Suite 301,   Mountainside, NJ 07092-2315
513586615    LabCorp,   PO Box 2240,   Burlington, NC 27216-2240
513586616   +Larchmont Imaging Associates,   c/o Apex Asset Managmetn,   1891 Santa Barbara Drive  Ste 204,
              Lancaster, PA 17601-4106
513586617   +Lea Vellucci,   28 Parry Drive,   Hainesport, NJ 08036-4886
513586618    Linebarger Goggan,   PO Box 01-1861,   Miami, FL 33101-1861
513586621    MCR Receivables,   5775 Roscoe Court,   San Diego, CA 92123-1356
513586623   +Mt Holly Tax Collector,   23 Washington Street,   Mount Holly, NJ 08060-1734
513586624   +Philadelphia Parking Authority,   909 Filbert Street,   Philadelphia, PA 19107-3117
513797416   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court:  State of New Jersey,   Division of Taxation,   PO Box 245,
              Trenton, NJ 08695-0245)
513586628    St Clare's Hospital,   PO Box 35577,   Newark, NJ 07193-5577
513586629    State of New Jersey,   Division of Taxation,   PO Box 445,   Trenton, NJ 08695-0445
513586630   +Steve Simmons,   22 Wembley Drive,   Mount Laurel, NJ 08054-3117
513586633    US Department of Education,   PO Box 530260,   Atlanta, GA 30353-0260
513586635   +Virtua Health,   5 Eves Drive,   Suite 200,   Marlton, NJ 08053-3135
513818393   +Wells Fargo Bank, N.A.,   c/o Zucker Goldberg & Ackerman,   200 Sheffied Street, Suite 301,
              Mountainside, NJ 07092-2315
513586636    Wells Fargo Home Mortgage,   c/o Zucker goldberg & Ackerman LLC,
              200 Sheffield Street  STe 101,   PO Box 1024,   Mountainside, NJ 07092-0024
513586637    Yellow Book NJ,   PO Box 579,   Newark, NJ 07101-0579
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 21 2018 00:04:59     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 21 2018 00:04:56     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr          +EDI: DRIV.COM Jun 21 2018 03:33:00     Santander Consumer USA, Inc.,
              P.O. Box 562088, Suite 900-North,   Dallas, TX  75247,   UNITED STATES 75356-2088
515963233    EDI: GMACFS.COM Jun 21 2018 03:33:00     Ally Financial f/k/a GMAC,   PO Box 130424,
              Roseville MN 55113-0004
515867421   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 21 2018 00:05:22
              Bayview Loan Servicing, LLC,   4425 Ponce DeLeon Blvd.,   Coral Gables, FL 33146-1837
513586598    EDI: VERIZONCOMB.COM Jun 21 2018 03:33:00     Bell Atlantic Mobile,   PO Box 41556,
              Philadelphia, PA 19101-1556
513586597    EDI: CITICORP.COM Jun 21 2018 03:33:00     AT&T,   PO Box 183051,   Columbus, OH 43218-3051
513586599   +EDI: CAPITALONE.COM Jun 21 2018 03:33:00     Capital One,   PO Box 30281,
              Salt Lake City, UT 84130-0281
513586600    EDI: CAPITALONE.COM Jun 21 2018 03:33:00     Capital One Bank,   PO Box 70884,
              Charlotte, NC 28272-0884
513592529   +E-mail/Text: bankruptcy@cavps.com Jun 21 2018 00:05:18     Cavalry Portfolio Services,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2322
513586605    EDI: DISCOVER.COM Jun 21 2018 03:33:00     Discover,   PO box 15316,   Wilmington, DE 19850
513594655    EDI: DISCOVER.COM Jun 21 2018 03:33:00     Discover Bank,   DB Servicing Corporation,
              PO Box 3025,   New Albany, OH  43054-3025
513586607   +E-mail/Text: dlavacca@eastampton.com Jun 21 2018 00:05:55     Eastampton Township,   Tax Office,
              12 Manor House Court,   Eastampton, NJ 08060-4379
513586612   +EDI: GMACFS.COM Jun 21 2018 03:33:00     GMAC,   PO Box 380901,   Bloomington, MN 55438-0901
```

```
District/off: 0312-3          User: admin              Page 2 of 3           Date Rcvd: Jun 20, 2018
                              Form ID: 3180W           Total Noticed: 63
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
513586613       EDI: IRS.COM Jun 21 2018 03:33:00      IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
513586614       EDI: CHASE.COM Jun 21 2018 03:33:00    JP Morgan Chase,   900 US Highway 9 North,   Suite 401,
                Woodbridge, NJ 07095-1003
513586619       EDI: TSYS2.COM Jun 21 2018 03:33:00    Macy's,   PO Box 4560,   Carol Stream, IL 60197-4560
513586620      +EDI: TSYS2.COM Jun 21 2018 03:33:00    Macys,   PO box 8218,   Mason, OH 45040-8218
513586622      +E-mail/Text: maureen@MHMUA.COM Jun 21 2018 00:05:58      Mt Holly MUA,   29-37 Washington Street,
                PO box 486,   Mount Holly, NJ 08060-0486
513603122      +EDI: OPHSUBSID.COM Jun 21 2018 03:33:00      OAK HARBOR CAPITAL VI, LLC,
                C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
513720149      +E-mail/Text: bankruptcynotice@franklincredit.com Jun 21 2018 00:04:17
                Quarry Mortgage Trust I,   Franklin Credit Management Corporation,
                101 Hudson Street, 25th Floor,   Jersey City, NJ 07302-3984
513586625      +EDI: CCS.COM Jun 21 2018 03:33:00      Quest Diagnostics,   c/o Credit Collection Service,
                pO Box 9136,   Needham, MA 02494-9136
513586626       EDI: RMCB.COM Jun 21 2018 03:33:00      Quest Diagnostics,   c/o AMCA,   PO Box 1235,
                Elmsford, NY 10523-0935
513586627      +EDI: IIC9.COM Jun 21 2018 03:33:00      S Jersey Emergency Physicians,   c/o IC Systems,
                PO box 64378,   Saint Paul, MN 55164-0378
513635893      +EDI: DRIV.COM Jun 21 2018 03:33:00      Santander Consumer USA,   8585 N Stemmons FW,
                Suite 1100N,   Dallas TX 75247-3822
513613786      +EDI: DRIV.COM Jun 21 2018 03:33:00      Santander Consumer USA,   P.O. BOX 560284,
                Dallas, TX 75356-0284
513586631       E-mail/Text: clientmgmt@signatureperformance.com Jun 21 2018 00:05:48      Tiburan Financial,
                c/o JP Chase,   PO Box 770,   Boys Town, NE 68010-0770
513586632       EDI: USBANKARS.COM Jun 21 2018 03:33:00      US Bank,   425 Walnut Street,
                Cincinnati, OH 45202-3923
514005941       EDI: ECMC.COM Jun 21 2018 03:33:00      US Department of Education,   P O Box 16448,
                St Paul, MN 55116-0448
513586634      +EDI: VERIZONCOMB.COM Jun 21 2018 03:33:00      Verizon,   c/o AFNI,   PO Box 3097,
                Bloomington, IL 61702-3097
                                                                                   TOTAL: 30


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr          JPMorgan Chase Bank, National Association
cr          Wells Fargo Bank, N.A.
513666846*     +Alexander F. Barth, Esquire,   30 S. 17th Street, 19th Floor,   Philadelphia, PA 19103-4010
513635892      ##Ocwen,   PO Box 6440,   Carol Stream IL 60197-6440
                                                                    TOTALS: 3, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2018 at the address(es) listed below:
```
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    Wells Fargo  Bank, N.A. nj.bkecf@fedphe.com
              Brian C. Nicholas    on behalf of Creditor    Bayview Loan Servicing, LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Brian E Caine    on behalf of Creditor    Mt. Holly MUA bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
```

```
District/off: 0312-3           User: admin              Page 3 of 3            Date Rcvd: Jun 20, 2018
                               Form ID: 3180W           Total Noticed: 63
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          Denise E. Carlon    on behalf of Creditor    Wells Fargo  Bank, N.A.
           bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Elizabeth K. Holdren    on behalf of Creditor    Fox Hill Condominium Association, Inc.
           eak@hillwallack.com,  jhanley@hillwallack.com
          Eric  Clayman    on behalf of Debtor Scott J. Wood jenkins.clayman@verizon.net
          Eric  Clayman    on behalf of Joint Debtor Nancy R. Wood jenkins.clayman@verizon.net
          Jane P. Nylund    on behalf of Debtor Scott J. Wood jenkins.clayman@verizon.net
          Jane P. Nylund    on behalf of Joint Debtor Nancy R. Wood jenkins.clayman@verizon.net
          Jeffrey E. Jenkins    on behalf of Debtor Scott J. Wood jenkins.clayman@verizon.net,
           jenkins.clayman@verizon.net
          Jeffrey E. Jenkins    on behalf of Joint Debtor Nancy R. Wood jenkins.clayman@verizon.net,
           jenkins.clayman@verizon.net
          John R. Morton, Jr.    on behalf of Defendant    Santander Consumer USA Inc.
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Jonathan B. Peitz    on behalf of Creditor    State of New Jersey Division of Taxation
           Jonathan.Peitz@dol.lps.state.nj.us
          Joshua I. Goldman    on behalf of Creditor    Bayview Loan Servicing, LLC jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Michael Frederick Dingerdissen    on behalf of Creditor    Wells Fargo  Bank, N.A.
           nj.bkecf@fedphe.com
          Stephanie F. Ritigstein    on behalf of Debtor Scott J. Wood jenkins.clayman@verizon.net
          Stephanie F. Ritigstein    on behalf of Plaintiff Nancy R. Wood jenkins.clayman@verizon.net
          Stephanie F. Ritigstein    on behalf of Plaintiff Scott J. Wood jenkins.clayman@verizon.net
          Stephanie F. Ritigstein    on behalf of Joint Debtor Nancy R. Wood jenkins.clayman@verizon.net
          Steven K. Eisenberg    on behalf of Creditor    Omat I REO Holdings, LLC bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                             TOTAL: 24
```