Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 12–40153–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Scott J. Wood
dba Hollywood Atlantic Enterprises LLC
41 Kensington Road
East Hampton, NJ 08060

Nancy R. Wood
aka Nancy L. Rada, dba The Wood Law
Firm LLC
41 Kensington Road
East Hampton, NJ 08060

Social Security No.:
xxx–xx–8150                                xxx–xx–1393

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: June 25, 2018           Kathryn C. Ferguson
                               Judge, United States Bankruptcy Court